[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11440
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cv-00142-JRH-BKE


KELLIE B. INGRAM,
MARK INGRAM,
individually and as personal representative
of the estate of Kellie B. Ingram,

Plaintiffs - Appellants,

versus

AAA COOPER TRANSPORTATION, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(May 10, 2018)

Before WILSON, WILLIAM PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

This appeal was held in abeyance pending our en banc decision in *Slater v. United States Steel Corp.*, 871 F.3d 1174 (11th Cir. 2017) (en banc).  In light of our decision in *Slater* and after the benefit of supplemental briefing by the parties, we vacate the judgment of the district court and remand for further proceedings consistent with the *Slater* opinion.

**VACATED AND REMANDED.**